

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00378-CR

| | | |
|---|---|---|
| DAVID MARTIN TIJERINA, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13899) |
| V. | § | November 7, 2019 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the judgment and incorporated order to withdraw funds and the bill of costs to delete $45 from the trial court costs assessed, leaving total costs of $670. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack